**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-2319**

STARSHA M. SEWELL,

　　　　　　Plaintiff - Appellant,

　　　v.

WESTAT, INC.,

　　　　　　Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Timothy J. Sullivan, Magistrate Judge. (8:20-cv-01895-TJS)

Submitted: March 29, 2022　　　　　　　　　　Decided: March 31, 2022

Before HARRIS, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Starsha M. Sewell, Appellant Pro Se. Thomas Strong, VENABLE, LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha M. Sewell appeals the magistrate judge's order dismissing on res judicata grounds the civil action Sewell filed in June 2020.[*] On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Sewell's informal brief does not challenge the basis for the magistrate judge's disposition, she has forfeited appellate review of the appealed-from order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the magistrate judge's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The parties consented to the exercise of jurisdiction by the magistrate judge. 28 U.S.C. § 636(c).